**FROM: The District Court of the 7th Judicial District.**
**County of Dawson.**

STATE OF MONTANA,
          **Plaintiff,**                                **NO. DC 96-036**
     **vs.**                                        **DECISION**

**Richard F. Owen,**
          **Defendant.**

On July 16, 1997, it was ordered, adjudged and decreed that Richard Franklin Owen be imprisoned in the Montana State Prison for five (5) years for the offense of Deceptive Practices, a felony by common scheme. If the Department of Corrections places the defendant on any future probation, the defendant shall comply with the terms of probation as stated in the July 16, 1997 judgment.

116

On October 16, 1997, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 16th day of October, 1997.

DATED this 10th day of November, 1997.

**Chairman, Hon. Jeffrey M. Sherlock, Member, Hon. Wm. Nels Swandal and Member, Hon. Richard Phillips**

The Sentence Review Board wishes to thank Richard F. Owen for representing himself in this matter.